No. 249. C. L. CARLISLE, PLAINTIFF IN ERROR, v. THE STATE OF SOUTH DAKOTA. In error to the Supreme Court of the State of South Dakota. Submitted April 16, 1915. Decided April 19, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Farrell* v. *O'Brien*, 199 U. S. 89, 100; *Fay* v. *Crozer*, 217 U. S. 455; *Hendricks* v. *United States*, 223 U. S. 178, 184; see *Dent* v. *West Virginia*, 129 U. S. 114; *Reetz* v. *Michigan*, 188 U. S. 505; *Watson* v. *Maryland*, 218 U. S. 173; *Collins* v. *Texas*, 223 U. S. 288. *Mr. Melvin Grigsby* for the plaintiff in error. *Mr. Chas. O. Bailey, Mr. Royal C. Johnson* and *Mr. John H. Voorhees* for the defendant in error.

No. 762. F. B. CLARK, TRUSTEE IN BANKRUPTCY OF THE SMITH AUTOMOBILE COMPANY, A BANKRUPT, APPELLANT, v. CLAUDE HAMILTON. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss submitted April 12, 1915. Decided April 19, 1915. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *Chapman* v. *Bowen*, 207 U. S. 89; *Blake* v. *Openyhm*, 216 U. S. 322. *Mr. D. R. Hite* for the appellant. *Mr. Chas. M. Wilson* for the appellee.